**Michael GIBBAR, Respondent,**

v.

**Mary GIBBAR, Appellant.**

**No. 66760.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1996.

**239**

Charles Clifford Schwartz, Jr., St. Louis, Joseph P. White, St. Louis, for Appellant.

Thomas Michael Flach, St. Charles, for Respondent.

Before REINHARD, P.J., KAROHL, J., and WHITE, Special Judge.

*ORDER*

PER CURIAM.

Wife appeals from an order of the trial court denying her motion to set aside a default judgment in this dissolution case. We affirm. Rule 84.16(b).